

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| COCKRELL INVESTMENT PARTNERS, L.P., | § | |
| | § | No. 08-21-00017-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| MIDDLE PECOS GROUNDWATER CONSERVATION DISTRICT, JERRY McGUAIRT in his Official Capacity as President of Middle Pecos Groundwater Conservation District, FORT STOCKTON HOLDINGS, L.P., and REPUBLIC WATER COMPANY OF TEXAS, LLC, | § | of Pecos County, Texas |
| | § | (TC# P-12176-112-CV) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF FEBRUARY, 2023.


GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J. (not participating)